| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2019** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Pratt, Tanya M. | 2. Court or Organization<br><br>United States District Court, Southern District of Indiana | 3. Date of Report<br><br>07/29/2020 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>Article III Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>Birch Bayh Federal Courthouse<br>46 E. Ohio Street<br>Suite 330<br>Indianapolis, IN 46204 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Advisory Board | UNCF |
| 2. | Co-Trustee | Family Trust |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 2009 | Indiana State Judges Pension Fund |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratt, Tanya M. | 07/29/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 07/20/2019 | Executor Fee | $1,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratt, Tanya M. | 07/29/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratt, Tanya M. | 07/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. series EE savings bonds | A | Interest | J | T | | | | | |
| 2. series I savings bonds | A | Interest | J | T | | | | | |
| 3. Chase Bank | A | Interest | J | T | | | | | |
| 4. PNC (savings) | A | Interest | J | T | | | | | |
| 5. APPL (Apple) stock | A | Dividend | J | T | | | | | |
| 6. ARBA (Ariba Inc.) stock | A | Dividend | J | T | | | | | |
| 7. CBMC (Calyptc biomed) stock | A | Int./Div. | J | T | | | | | |
| 8. CHK (Chesapeake Energy) stock | A | Int./Div. | J | T | | | | | |
| 9. ERIC (Erricsson) stock | A | Dividend | J | T | | | | | |
| 10. MSTR (Microstrategy Inc.) | A | Dividend | J | T | | | | | |
| 11. WBMD (Web MD) | A | Interest | J | T | | | | | |
| 12. Allianz IRA | B | Interest | M | T | | | | | |
| 13. Indiana 529 Plan: Core Bond Index Profile | A | Interest | J | T | | | | | |
| 14. Vanguard Institutional Index Fund | A | Interest | J | T | | | | | |
| 15. Artio International Equity II Fund | A | Interest | J | T | | | | | |
| 16. Indiana 529 Plan: Large Cap Index Portfolio Class A | A | Interest | J | T | | | | | |
| 17. Indiana 529 Plan: International Index Portfolio Class | A | Interest | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratt, Tanya M. | 07/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of America | A | Interest | J | T | | | | | |
| 19. Citigroup | A | Dividend | J | T | | | | | |
| 20. EMB-Ishares JP Morgan ETF | A | Dividend | J | T | | | | | |
| 21. PCY-Power Shares EM MAR ETF | A | Dividend | J | T | | | | | |
| 22. VCIT-Vanguard Intermediate ETF | A | Dividend | J | T | | | | | |
| 23. VCSH-Vanguard Short Term ETF | A | Dividend | J | T | | | | | |
| 24. VEA-Vanguard MSCI EAFE ETF | A | Dividend | J | T | | | | | |
| 25. VNQ-Vanguard REIT ETF | A | Dividend | | | Sold | 04/01/19 | J | A | |
| 26. VWO-Vanguard MSCI ETF | A | Dividend | J | T | | | | | |
| 27. FEVIX-First Eagle US Value | A | Dividend | | | Sold | 04/01/19 | J | A | |
| 28. GCIEF-Cabelli Equity Income | A | Interest | | | Sold | 04/01/19 | J | A | |
| 29. GSZIX-Goldman Sachs Trust | A | Int./Div. | | | Sold | 04/01/19 | K | A | |
| 30. ICEIX-IVY FDS | A | Interest | | | Sold | 04/01/19 | J | A | |
| 31. IGLIX-ING Global Real Estate | A | Interest | | | Sold | 04/01/19 | J | A | |
| 32. IVHIX-IVY FDS INC | A | Interest | | | Sold | 04/01/19 | J | A | |
| 33. JIGFX-Janus INVT FD | A | Interest | | | Sold | 04/01/19 | J | A | |
| 34. LDLFX-Lord Abbett Investment | A | Int./Div. | | | Sold | 04/01/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratt, Tanya M. | 07/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MWTIX-Metropolitan West FDS | A | Interest | | | Sold | 04/01/19 | J | A | |
| 36. NELYX-Loomis Sayles Limited | A | Interest | | | Sold | 04/01/19 | J | A | |
| 37. ODVYX-Oppenhenheimer DEV MKTS | A | Interest | | | Sold | 04/01/19 | J | A | |
| 38. PCRIX-PIMCO FDS PAC INVT | A | Interest | K | T | | | | | |
| 39. PFIUX-PIMCO Unconstrained BD | A | Interest | | | Sold | 08/09/19 | J | A | |
| 40. PRRIX-PIMCO Real Estate Return Bond | A | Interest | | | Sold | 08/09/19 | J | A | |
| 41. SEVAX-Security Equity FD | A | Interest | | | Sold | 08/09/19 | J | A | |
| 42. TGBAX-Templeton Funds | A | Interest | | | Sold | 08/09/19 | J | B | |
| 43. TWHIX-American Century Funds | A | Interest | | | Sold | 08/09/19 | J | A | |
| 44. XLF-Financial Select Sector SPDR | A | Interest | J | T | | | | | |
| 45. XLI-Industrial Select Sector SPDR | A | Interest | J | T | | | | | |
| 46. XLK-Technology Select Sector SPDR | A | Interest | J | T | | | | | |
| 47. XLV-Healthcare Sector SPDR | A | Interest | | | Sold | 08/09/19 | J | A | |
| 48. TIP-Ishares TIP Bond ET | A | Dividend | | | Sold | 08/09/19 | J | A | |
| 49. FESGX-First Eagle S Global | A | Dividend | | | Sold | 08/09/19 | J | A | |
| 50. PAUCX-PIMCO All Asset All Authority Fund | A | Dividend | | | Sold | 08/09/19 | J | A | |
| 51. Family Trust (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratt, Tanya M. | 07/29/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. IWM-Ishares Russell 2000 ETF | A | Int./Div. | J | T | | | | | |
| 53. IEMG-Ishares Emerging Markets ETF | A | Interest | J | T | | | | | |
| 54. IJH -Ishares Core S&P MID ETF. | A | Interest | K | T | | | | | |
| 55. IVV-Ishares Core S&P 500 ETF | A | Interest | J | T | | | | | |
| 56. AGG-Ishares Core U.S. ETF | B | Int./Div. | L | T | | | | | |
| 57. HYG-Ishares JP Morgan ETF USD Emerging Mkt Bond | A | Interest | J | T | | | | | |
| 58. Ishares IBOXX$ ETF high yield | A | Interest | | | Sold | 10/16/19 | J | A | |
| 59. MBB-Ihsares MBS ETF | A | Interest | J | T | Buy (add'l) | 05/24/19 | J | | |
| 60. XLY-Select sector SPRD ETF | A | Interest | J | T | | | | | |
| 61. RWO-SPDR Dow Jones ETF Global Real Estate | A | Int./Div. | | | Sold | 10/16/19 | J | A | |
| 62. USMV Ishares Edge MSCI MIN VOL USA ETF | A | Interest | K | T | Buy | 08/09/19 | J | | |
| 63. EMB Ishares JP Morgan ETF USD EMERGING Markets Bond | A | Dividend | J | T | Buy | 08/09/19 | J | | |
| 64. HYLB XTRACKERS USD HIGH ETFYield Corp Bond | A | Dividend | J | T | Buy | 08/09/19 | J | | |
| 65. ARCX Ishares Tips Bond ETF | A | Dividend | J | T | Buy | 07/18/19 | J | | |
| 66. IEF IsharesTrust ISHARES 7 10 Year TR (X) | A | Interest | J | T | Buy | 07/18/19 | J | | |
| 67. PGBOX JP MORGAN TR II COre BD FD ULTRA (X) | A | Interest | J | T | Buy | 07/18/19 | J | | |
| 68. MJGXX JP MORGAN US GOV MONEY MARKET (X) | A | Dividend | J | T | Buy | 03/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratt, Tanya M.** | 07/29/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PTTRX PIMCO TOTAL RETURN FUND (X) | B | Dividend | J | T | Buy | 08/23/19 | J | | |
| 70. PBDAX PIMCO INVESTMENT GRADE CREDIT BO (X) | A | Dividend | J | T | Buy | 08/23/19 | J | | |
| 71. PRCIX ROWE T PRICE NEW INCOME FD INC C (X) | A | Dividend | J | T | Buy | 08/23/19 | J | | |
| 72. CUSDX SIX CIRCLES TR ULTRA short Durat (X) | A | Int./Div. | J | T | Buy | 08/23/19 | J | | |
| 73. ARCX:BSX VANGUARD Short Term Bond ETF (X) | A | Dividend | J | T | Buy | 08/23/19 | J | | |
| 74. VTABX VANGUARD CHARLOTTE FDS Total INT (X) | A | Dividend | J | T | Buy | 08/23/19 | J | | |
| 75. VGTSX VANGUARD TOTAL NTERNATONAL BOND (X) | A | Int./Div. | J | T | Buy | 08/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Pratt, Tanya M.** | 07/29/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Family Trust listed at VII at 53 was for the benefit of a disabled falinly member. That family member passed away on April 5, 2019. I had not beneficial interest in the principal or income from the trust, so there are no reportable asets in the Trust.

I recieved an inheritance of the funds listed at VII 66-75 inclusive, so I marked them with the (X) as per the instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Tanya M. Pratt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544